

# NUMBER 13-12-00762-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CLAUDIA MARTINEZ AND JUAN MARTINEZ

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria[1]
### Per Curiam Memorandum Opinion

Relators, Claudia Martinez and Juan Martinez, filed a petition for writ of mandamus and motion for immediate temporary relief in the above cause on December 18, 2012. The Court granted the motion for immediate temporary relief, and requested and received a response to the petition for writ of mandamus from the real party in interest, Lone Star National Bank.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that the petition for writ of

---

[1] The Honorable Rose Vela, former Justice of this Court, did not participate in this opinion because her term of office expired on December 31, 2012. In accordance with the appellate rules, she was replaced on panel by Justice Nora Longoria. *See* TEX. R. APP. P. 41.1(a).

mandamus should be denied. Accordingly, the stay previously imposed by this Court is LIFTED and the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.4, 52.8, 52.10(b).

PER CURIAM

Delivered and filed the 3rd
day of January, 2013.